# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

      MARQUITA PALMER

      Debtor(s)

Case No. 14-37229

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2014.

2) The plan was confirmed on 02/03/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/01/2015.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 03/08/2016.

6) Number of months from filing to last payment: 16.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $5,459.56 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$5,459.56** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $232.44 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$232.44** |

Attorney fees paid and disclosed by debtor:          $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE HEALTH CTR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ANGELO DUNBAR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RECOVERY SYSTEMS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AVALON DENTAL CLINIC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BIG SAMS FOODS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| BILL JOHNSON LANDSCAPE DESIGN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHARLES REILLY MD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PUBLIC LIBRARY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO PUBLIC LIBRARY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITI MASTERCARD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Citicards | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | NA | NA | 1,427.76 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 1,500.00 | 1,500.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Secured | NA | 1,427.76 | 1,427.76 | 0.00 | 0.00 |
| CMS MEDICARE COLLECTION CENT | Unsecured | 500.00 | 500.00 | 500.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 0.00 | 482.32 | 482.32 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 5,500.00 | 5,000.00 | 0.00 | 0.00 | 0.00 |
| Cook Country Treasurer | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | 16,000.00 | 0.00 | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | 2,000.00 | 15,008.70 | 13,000.00 | 5,227.12 | 0.00 |
| COOK COUNTY TREASURER | Unsecured | NA | NA | 2,008.70 | 0.00 | 0.00 |
| CREDIT UNION MEMBER SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CUNA MUTUAL GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CURRENCY EXCHANGE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DAVID JONES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DEPT OF HEALTH & HUMAN SVCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DISCOUNT MEATS & PRODUCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DR DONNA PERRY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ENGLEWOOD HEALTH CLINIC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EUGENE MERBAUM DDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EUGENE MERBAUM DDS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GUITAR CENTER STORES | Unsecured | 34.88 | 34.88 | 34.88 | 0.00 | 0.00 |
| HAROLD WASHINGTON COLLEGE | Unsecured | 1,800.00 | 1,800.00 | 1,800.00 | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HONDA FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LENARD C SCHWARTZ | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MARATHON GAS STATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MARATHON GAS STATION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MEDICARE PREMIUM COLLECTION ( | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MEVIN HARTHORN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MILLENIUM CREDIT CONSULTANTS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| OLIVE COSEY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PARIS CLEANERS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 580.00 | 460.17 | 460.17 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| People Energy | Unsecured | NA | 5,600.00 | 5,600.00 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 5,600.00 | 5,461.82 | 5,461.82 | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 1.00 | 4,007.35 | 4,007.35 | 0.00 | 0.00 |
| REEDER H&C | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SHORE BANK | Unsecured | 1.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| STATE FARM | Unsecured | 1,905.08 | 1,905.08 | 1,905.08 | 0.00 | 0.00 |
| STROGER HOSPITAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| United Healthcare | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| UNITED HEALTHCARE | Unsecured | 5,500.00 | 5,000.00 | 5,000.00 | 0.00 | 0.00 |
| UNITED HEALTHCARE SECURE HOR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED OF OMAHA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| URBAN PARTNERSHIP BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US ATTORNEYS OFFICE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US TRUSTEE | Unsecured | 1,728.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ZEE DOLLAR & FOOD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ZELMA HODGE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ZENITH ACQUISITION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $14,427.76 | $5,227.12 | $0.00 |
| **TOTAL SECURED:** | **$14,427.76** | **$5,227.12** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$31,188.08** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $232.44 |
| Disbursements to Creditors | $5,227.12 |
| | |
| **TOTAL DISBURSEMENTS** : | **$5,459.56** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/13/2016                         By: /s/ Tom Vaughn
                                                            Trustee

STATEMENT:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**